UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRISTOFER GARCIA MAGADAN**<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>**KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, PATRICK DIVVER, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California; SIRCE OWEN, Acting Director for Executive Office for Immigration Review; and PAMELA BONDI, Attorney General of the United States**<br><br>　　　　　　　　　　　Respondents. | Case No.: 3:25-cv-2889-JES-KSC<br><br>**ORDER SUBMITTING PETITION** |

1  Before the Court is Petitioner Cristofer Garcia Magadan's Petition for Writ of
2  Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The Court finds the matter
3  appropriate for disposition without oral argument and takes the matter under submission
4  on the papers pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the Court VACATES
5  the, November 7, 2025, hearing on the Petition. ECF No. 4.

**IT IS SO ORDERED.**

Dated: November 4, 2025

Honorable James E. Simmons Jr.
United States District Judge